**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Raymond Douthit,**
    **Petitioner**

-vs-                        Case No.   1:00-cr-90-2

**United States of America,**
    **Respondent**

# JUDGMENT

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      **IT IS ORDERED AND ADJUDGED that** Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED**.

A certificate of appealability shall not issue with respect to Petitioner's claim for relief because Petitioner has failed to make a substantial showing of the denial of a constitutional right that is remediable in this proceeding. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith and therefore **DENIES** any application by Petitioner to proceed *in forma pauperis* on appeal.   See Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).  Petitioner remains free to apply to the Court of Appeals for leave to proceed *in forma pauperis*.  See id.

Date:   July 15, 2005                                                    James Bonini, Clerk

                                                                          By:  s/Mary C. Brown
                                                                             Mary C. Brown, Deputy Clerk