FILED
JAMES BONINI
CLERK

05 AUG 15 AM 10: 11

COURT
DIST OHIO
WEST DIV CINCINNATI

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND DOUTHIT | : | Case No: 1:00-CR-90(2) |
| | | 1:04-CR-431 |
| Petitioner, | : | |
| | | Judge Sandra Beckwith |
| vs. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | | |

### NOTICE OF APPEAL

Notice is hereby given that Raymond Douthit, Petitioner above named, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum and Order Denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence, Termination Entry entered in this action on July 15, 2005. Petitioner brings to the Courts attention that a Motion for the Issuance of a Certificate of Appealability was filed on this same date, August 15, 2005, with the United States District Court, Southern District of Ohio, Western Division at Cincinnati, and is presently pending.

Respectfully submitted,

*Jay B. Carter*
Jay B. Carter.
Attorney for Petitioner
Ohio Sup. Ct. Reg. #0041295
111 W. First Street, Suite 519
Dayton, OH 45402
(937) 222-1366

### CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via regular U.S. mail on this 15th day of August, 2005.

*Jay B. Carter*
Jay B. Carter