```
Mon Aug 15 09:58:54 2005

    UNITED STATES DISTRICT COURT
       CINCINNATI, OH

Receipt No.   100 427877
Cashier        mc1

Check Number:  922

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount        $     255.00

JAY B CARTER

NOTICE OF APPEAL 1:00-CR-90 (2)



Mon Aug 15 09:58:54 2005

Check No.  922
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```