No. 05-4154

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

RAYMOND DOUTHIT,                )
                               )
    Petitioner-Appellant,       )
                               )
v.                             )        ORDER
                               )
UNITED STATES OF AMERICA,       )
                               )
    Respondent-Appellee.        )
                               )

FILED

APR 0 5 2006

LEONARD GREEN, Clerk

Raymond Douthit appeals a district court judgment that denied his motion to vacate sentence

filed under 28 U.S.C. § 2255. The district court denied Douthit a certificate of appealability, and the

receipt of the notice of appeal has been construed as an application for a certificate of appealability

before this court pursuant to Fed. R. App. P. 22(b).

Upon consideration, the application for a certificate of appealability is denied because

Douthit's claims do not warrant encouragement to proceed further. *See Banks v. Dretke*, 540

U.S. 668, 705 (2004); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

ENTERED BY ORDER OF THE COURT

*Leonard Green*

Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk

By
Deputy Clerk