UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-00-090-2 |
| | : | |
| | : | **JOINT MOTION FOR STAY IN** |
| v. | : | **RULING ON A PRO SE MOTION** |
| | : | **FOR REDUCTION OF SENTENCE** |
| | : | |
| RAYMOND DOUTHIT | : | J. Beckwith |

- - - - - - - - - - - - - - - - - - - - - - - -

    The above named defendant has filed a *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). The government and the Federal Public Defender file this joint motion seeking a stay to allow time for both parties in conjunction with the Probation Department to review this defendant's case prior the Court ruling on the merits of the defendant's motion.

    As noted in the Court's General Order No. 08-03 filed February 22, 2008, the United States Attorney's office, the Federal Public Defender, and the Probation Department have been conducting a review of potentially eligible defendants who may seek to have their sentences reduced under the retroactivity provision of 18 U.S.C. § 3582(c). The parties have reviewed numerous cases with priority given to those whose prospective release may be imminent.

    This defendant's case has not yet been reviewed. Upon review, the parties will be better able to inform the Court regarding both the defendant's eligibility for a reduction, and

whether such a reduction can be agreed upon by consent of the parties.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/William E. Hunt
    WILLIAM E. HUNT (0024951)
    First Assistant U.S. Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio  45202
    (513) 684-3711
    Fax:  (513) 684-6710
    William.Hunt@usdoj.gov


    STEVEN S. NOLDER
    Federal Public Defender

    s/Steven S. Nolder
    Federal Public Defender
    One Columbus
    10 West Broad St., Suite 1020
    Columbus, Ohio  43215
    (614) 469-2999
    Steve_Nolder@fd.org


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 1st day of May, 2008, by regular U.S. Mail on Raymond Douthit, #03372-061, FCI Loretto, P.O. Box 1000, Loretto, PA 15940; and Steven S. Nolder, Federal Public Defender, One Columbus, 10 West Broad Street, Suite 1020, Columbus, Ohio 43215.

    s/William E. Hunt
    WILLIAM E. HUNT (0024951)
    First Assistant U.S. Attorney